**VACATE and DISMISS; and Opinion Filed January 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00081-CV

**BANK OF AMERICA, N.A., Appellant**
**V.**
**TFHSP SERIES LLC SERIES 315, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02267-2013**

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Brown

The parties have reached a settlement and have filed a joint motion asking this Court to

vacate the trial court's judgment and dismiss the case with prejudice. We grant the motion,

vacate the judgment of the trial court, and dismiss the case with prejudice.


/Ada Brown/
ADA BROWN
JUSTICE

140081F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BANK OF AMERICA, N.A., Appellant

No. 05-14-00081-CV     V.

TFHSP SERIES LLC SERIES 315,
Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-02267-2013.
Opinion delivered by Justice Brown. Justices
Lang and Whitehill participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **VACATED**.

The case is **DISMISSED** with prejudice.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 9th day of January, 2015.